IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HARLOW, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 03-498 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY | ) |

ORDER OF COURT

AND NOW, this  30th  day of May, 2006, the court having received plaintiff's counsel's Petition for Attorney Fees pursuant to §206(b)(1) of the Social Security Act, 42 U.S.C. §406(b)(1) (Document No. 19), IT IS ORDERED that defendant shall file a response to the petition on or before June 13, 2006.

/s/ Gustave Diamond
Gustave Diamond
United States District Judge

cc: William J. Remaley, Esq.
    Berger and Berger
    5850 Ellsworth Avenue, Suite 200
    Pittsburgh, PA 15232

    Laura Schleich Irwin
    Assistant United States Attorney
    700 Grant Street
    Suite 400
    Pittsburgh, PA 15219